NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE ACER AMERICA CORPORATION,
CYBERLINK.COM CORPORATION, GATEWAY,
INC., APPLE, INC., ASUS COMPUTER
INTERNATIONAL, INC., DELL, INC., MICROSOFT
CORPORATION, NERO AG, NERO, INC., SONIC
SOLUTIONS, SONY CORPORATION, AND SONY
ELECTRONICS, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 942

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 08-CV-0369 and 07-CV-0376, Magistrate Judge Charles Everingham IV.

---

## ON MOTION

---

PER CURIAM.

## ORDER

The petitioners move for an order staying proceedings in the United States District Court for the Eastern Dis-

trict of Texas, pending disposition by this court of their petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) MediaStream, Inc. is directed to respond to the motion to stay proceedings no later than November 15, 2010.

(2) All proceedings in this case in the United States District Court for the Eastern District of Texas are temporarily stayed, pending this court's consideration of the papers submitted.

FOR THE COURT

NOV   9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 0 9 2010**

**JAN HORBALY**
**CLERK**

cc:  Joshua M. Masur, Esq.
Elaine Y. Chow, Esq.
Mark C. Scarsi, Esq.
Scott F. Partridge, Esq.
George F. Pappas, Esq.
M. Craig Tyler, Esq.
Roderick M. Thompson, Esq.
Richard S. Gresalfi, Esq.
Byron W. Cooper, Esq.
Clerk, United States District Court for the Eastern District Of Texas

s19